United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELONIS SE, et al.,<br>Plaintiffs,<br>v.<br>SAP SE, et al.,<br>Defendants. | Case No. 26-cv-10577-PHK<br><br>***SUA SPONTE* JUDICIAL REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Vince Chhabria for consideration of whether the case is related to *Celonis SE et al v. SAP SE, et al*, 3:25-cv-02519-VC.

**IT IS SO ORDERED.**

Dated: September 18, 2026

PETER H. KANG
United States Magistrate Judge